**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**MARY ANN ANTHONY, Individually and as**
**Representative of the Estate of LeRoy Anthony,**
**and BRENDETTA ANTHONY SCOTT**                                        **PLAINTIFFS**

**V.**                                        **CIVIL ACTION NO. 4:18CV235-MPM-RP**

**GENIE INDUSTRIES, INC. d/b/a TEREX**
**AERIAL WORK PLATFORMS, et al.**                                        **DEFENDANTS**

**ORDER DENYING APPLICATION TO ADMIT COUNSEL PRO HAC VICE**

The court has considered the application to have attorney Lena B. Laurenzo appear *pro hac vice* on behalf of Mary Ann Anthony, Individually and as Representative of the Estate of LeRoy Anthony, and Brendetta Anthony Scott.   Docket 20.   After reviewing the application and the record, the court finds that the requirements of L.U.Civ.R. 83.1(d) have not been met. Counsel were notified on March 7, 2019 of the deficiencies, but have not supplemented the Application.    Therefore, the application for admission *pro hac vice* of Lena B. Laurenzo is denied without prejudice.

**SO ORDERED,** this the 20th day of March, 2019.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE