AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 4:18-cv-235-MPM-RP

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____.

☑ I served the subpoena by delivering a copy to the named individual as follows: Christine Lymon _____

_____ on *(date)* 8-26-2019 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8-26-2019

_____  
*Server's signature*

David Shaw  
*Printed name and title*

_____  
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| | |
|---|---|
| MARY ANN ANTHONY, et al. ) | |
| _Plaintiff_ ) | |
| v. ) | Civil Action No. 4:18-cv-235-MPM-RP |
| GENIE INDUSTRIES, INC., et al. ) | |
| _Defendant_ ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Leflore County Board of Supervisors c/o Christine Lymon, Clerk; 306 W Market St #101, Greenwood, MS 38930

_(Name of person to whom this subpoena is directed)_

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:
See attached "Exhibit A."

| Place: Butler Snow LLP<br>P.O. Box 1138<br>Oxford, MS 38655 | Date and Time:<br>09/04/2019 5:00 pm |
|---|---|

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 8/8/2019

_CLERK OF COURT_

OR

_____  /s/ Paul V. Cassisa, Jr.
_Signature of Clerk or Deputy Clerk_        _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ ___Genie___
Industries, Inc. and Terex Corporation_____, who issues or requests this subpoena, are:
Paul V. Casissa, Jr., Esq., Butler Snow LLP, 1200 Jefferson Ave., Ste 205, Oxford, MS 38655.

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

[Handwritten stamps: RECEIVED IN OFFICE this ___ day of ___, 20__ By: Ricky Banks, Sheriff, Leflore Co., MS; RECEIVED IN OFFICE this 12 day of Aug, 2019 Ricky Banks, Sheriff, Leflore Co., MS By: _____; "Return"]

<u>Exhibit "A"</u>

(1) A complete copy of your file including (but not limited to) documents, photos, video and other things concerning the purchase, repair, service, maintenance, and inspection of the:

**Genie Model TZ 34/20 Trailer Mount Boom Lift, VIN 5D8AA171X81000173 (Serial Number T23408-173; Fixed Assets Number 6-262-28)**

(2) A complete copy of your file including (but not limited to) the accident report, witness statements, photographs (JPEG images), video, recordings and other documents and things regarding the investigation of:

**The January 2, 2018 incident at the Leflore County Civic Center that resulted in the death of Leroy Anthony**

(3) A complete copy of your files including (but not limited to) personnel records, training records, wage records and other documents and things regarding the following Leflore County employee:

**Leroy Anthony, DOB            (SS#            )**

X _[signature]_    8/26/2019   10:45 A.M.